UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| THE FEW, THE PROUD, THE FORGOTTEN; VIETNAM VETERANS OF AMERICA; and CONNECTICUT STATE COUNCIL OF VIETNAM VETERANS OF AMERICA, | Case No. 3:16-CV-00647-VAB |
| *Plaintiffs*, | June 29, 2016 |
| v. | |
| UNITED STATES DEPARTMENT OF VETERANS AFFAIRS, | |
| *Defendant*. | |

## MOTION TO WITHDRAW AS COUNSEL

PLEASE TAKE NOTICE THAT, pursuant to Rule 7(e) of the Local Civil Rules of the United States District Court for the District of Connecticut, I, Jason Parkin, one of the attorneys for Plaintiffs in the above-captioned case, move for leave to withdraw as counsel because I will no longer be affiliated with the Jerome N. Frank Legal Services Organization at Yale Law School as of July 1, 2016.  Michael J. Wishnie will continue as counsel for Plaintiffs.

Dated:  New Haven, CT
        June 29, 2016

                                                    Respectfully submitted,

                                                    /s/ Jason Parkin_____
                                                    Jason Parkin (ct28499)
                                                    Jerome N. Frank Legal Services Organization
                                                    P.O. Box 209090
                                                    New Haven, CT 06520
                                                    Phone: (203) 432-4800
                                                    Fax: (203) 432-1426
                                                    E-mail: jason.parkin@yale.edu

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 29, 2016, a copy of the foregoing Motion to Withdraw as Counsel was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

Dated:  New Haven, CT
          June 29, 2016

                                      /s/ Jason Parkin
                                      Jason Parkin (ct28499)
                                      Jerome N. Frank Legal Services Organization
                                      P.O. Box 209090
                                      New Haven, CT 06520
                                      Phone: (203) 432-4800
                                      Fax: (203) 432-1426
                                      E-mail: jason.parkin@yale.edu