UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE FEW, THE PROUD, | : | Case No. 3:16-cv-647(VAB) |
| THE FORGOTTEN, et al., | : | |
|    Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| UNITED STATES DEPARTMENT OF | : | |
| VETERANS AFFAIRS, | : | |
|    Defendant. | : | July 18, 2016 |

## ANSWER

The defendant, the United States Department of Veterans Affairs, hereby answers the plaintiffs' April 27, 2016 complaint as follows[1]:

## JURISDICTION AND VENUE

1. The defendant admits that the court has jurisdiction pursuant to 5 U.S.C. § 552 and 28 U.S.C. § 1331. The defendant denies that the court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. The defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 2.

## PARTIES

3. The defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the first two sentences of paragraph 3, except that the defendant admits that the cited statute provides the described care and that the defendant

---

[1] The introductory material does not purport to state a claim in numbered paragraphs as contemplated by Federal Rule of Civil Procedure 10(b), and responses thereto are not necessary.

1

is the provider of such care.  The defendant also defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations of paragraph 3.

  4.  The defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 4.

  5.  The defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 5.

  6.  Admitted.

## FACTUAL ALLEGATIONS

  7.  The defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 7.

  8.  The defendant denies that it independently made any estimate of the number of individuals who may have been exposed to contaminated water, though other government agencies might have made such an estimate that has been referenced by the defendant.  The defendant admits the second sentence of paragraph 8 but denies any inference of categorical causation.

  9.  Admitted.

  10.  The second sentence of paragraph 10 is admitted, and the first sentence is denied.

  11.  Denied.

  12.  The defendant admits that it gives great weight to the medical opinions of

the SMEs and therefore admits that the SMEs (appropriately) do have significant influence over the claims, which are adjudicated based on available evidence submitted by the applicant as well as medical and lay information.  As to the second sentence, the defendant lacks knowledge or information sufficient to form a believe as to the truth or falsity of that allegation because the defendant does not have sufficient data to address that allegation.

13.     The defendant admits that the grant rate for claims related to exposure to contaminants at Camp Lejeune prior to processing such claims using SMEs was 25%. The defendant denies that the grant rate dropped 8% after processing such claims using SMEs as the best data available indicates that the grant rate for such claims is 21% after the change in processing.

14.     The defendant lacks knowledge or information sufficient for form a belief as to the truth or falsity of the allegations in paragraph 14.

15.     The defendant admits publication of the referenced article, which speaks for itself.

16.     The defendant admits publication of the referenced article, which speaks for itself.

17.     Without additional details regarding the nature of the opinion in question, the defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegation in paragraph 17.

18.     The defendant admits that the referenced report is one of many sources of

peer-reviewed literature available to SMEs for consideration, but denies the plaintiffs' characterization of the document.  Without additional detail regarding the alleged admission, the defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the remainder of paragraph 18.

19. Without additional detail regarding the nature of the concerns in question, the defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegation in paragraph 19.

20. Denied.

**Plaintiffs' FOIA Request**

21. Admitted.

22. Admitted.

23. Admitted.

24. Admitted.

25. Admitted.

26. Admitted.

27. Admitted.

28. Admitted.

29. Admitted.

30. Admitted.

31. Admitted.

32. Admitted.

33. Admitted.

## CAUSE OF ACTION

34. The defendant's answers to Paragraphs 1-33 are hereby incorporated by reference as their answer to Paragraph 34 as if fully set forth herein.

35. Admitted.

36. Denied.

## REQUESTED RELIEF

Denied.

Respectfully submitted,

Deirdre M. Daly
United States Attorney

\_\_\_/s/_____
John W. Larson (ct28797)
Assistant United States Attorney
United States Attorney's Office
District of Connecticut
450 Main Street, Room 328
Hartford, CT 06103
Tel: 860-947-1101
Fax: 860-760-7979
john.larson@usdoj.gov

CERTIFICATE OF SERVICE

      I hereby certify that on July 18, 2016, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF system.

                                                           /s/
                                          John W. Larson