# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| THE FEW, THE PROUD, THE FORGOTTEN, *et. al.*,  )<br><br>*Plaintiffs*,  )<br><br>v.  )<br><br>UNITED STATES DEPARTMENT OF VETERANS AFFAIRS,  )<br><br>*Defendant*.  ) | Case No. 3:16-cv-647(VAB)<br><br>August 8, 2016 |

## PLAINTIFFS' MOTION FOR STATUS CONFERENCE

Plaintiffs filed this action on April 27, 2016, seeking declaratory and injunctive relief under the Freedom of Information Act ("FOIA") to compel Defendant to release improperly withheld records regarding the Camp Lejeune Subject Matter Expert ("SME") program. ECF No. 1. Plaintiffs respectfully request that this Court hold a status conference at its earliest convenience on a date after August 23, 2016 so as to enter an Order setting deadlines for Defendant's completion of production of responsive, non-exempt records; production of Vaughn indices; and a briefing schedule for summary judgment motions.

1. Counsel for Defendant appeared on June 9, 2016, ECF No. 9, and moved for a 30-day extension of time without objection from Plaintiffs, ECF No. 8. Then, on July 11, 2016, Defendant moved for a 7-day extension of time without objection. ECF No. 15. Defendant filed an Answer on July 18, 2016. ECF No. 18.

2. Defendant produced some responsive documents on July 29, 2016. Although counsel for the parties have conferred about a schedule for production and subsequent briefing, Counsel for Defendant has been unable to establish a date for the completion of production of responsive documents.

3. This case is exempt from the discovery planning requirements of Fed. R. Civ. P. 26(f). *See* Local Civ. R. 26(f)(3) ("This rule shall not apply to . . . cases under the Freedom of Information Act"); *see also* Order on Pretrial Deadlines, ECF No. 2 (incorporating provisions of Local Civil Rule 26(f)).

4. Accordingly, Plaintiffs respectfully request that the Court hold a status conference, in person or by telephone, to enter a scheduling order for Defendants' production schedule and summary judgment briefing to follow if necessary.

5. The undersigned has spoken to Counsel for Defendant, who has indicated that they consent to this motion.

Dated:  New Haven, CT
        August 8, 2016

Respectfully submitted,

By:  /s/ Aaron P. Wenzloff
Stuart Anello, Law Student Intern
Aaron P. Wenzloff, Supervising Attorney (ct 28616)
Michael J. Wishnie, Supervising Attorney (ct27221)

Veterans Legal Services Clinic
Jerome N. Frank Legal Services Organization
P.O. Box 209090
New Haven, CT 06520-9090
Phone: (203) 432-4800
Fax: (203) 432-1426
aaron.wenzloff@yale.edu
michael.wishnie@yale.edu

*Counsel for Plaintiffs*

2

## CERTIFICATION OF SERVICE

      I hereby certify that on August 8, 2016, the foregoing Plaintiffs' Motion for Status Conference was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

Dated: August 8, 2016

                              /s/ Aaron P. Wenzloff
                              Aaron P. Wenzloff (ct28616)