UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| THE FEW, THE PROUD, THE FORGOTTEN; VIETNAM VETERANS OF AMERICA; and CONNECTICUT STATE COUNCIL OF VIETNAM VETERANS OF AMERICA,<br><br>                     Plaintiffs,<br>        v.<br><br>UNITED STATES DEPARTMENT OF VETERANS AFFAIRS,<br><br>                     Defendant. | Civil Action No. 3:16-cv-00647 (VAB)<br><br>January 26, 2017 |

**MOTION FOR LEAVE FOR LAW STUDENT INTERN TO APPEAR**

Plaintiffs respectfully requests leave for Law Student Intern RORY M. MINNIS to appear in this matter on behalf of THE FEW, THE PROUD, THE FORGOTTEN; VIETNAM VETERANS OF AMERICA; and CONNECTICUT STATE COUNCIL OF VIETNAM VETERANS OF AMERICA under the supervision of AARON P. WENZLOFF of the Jerome N. Frank Legal Services Organization, subject to the provisions of the District of Connecticut Local Rules of Civil Procedure 83.9.

Dated: January 26, 2017

                                              Respectfully submitted,

                                              /s/ Aaron P. Wenzloff
                                              Aaron P. Wenzloff, ct28616
                                              Jerome N. Frank Legal Services Organization
                                              Veterans Legal Services Clinic
                                              P.O. Box 209090
                                              New Haven, CT 06520-9090
                                              (203) 432-4800
                                              aaron.wenzloff@ylsclinics.org

**CERTIFICATION OF SERVICE**

I hereby certify that on January 26, 2017, a copy of the foregoing **MOTION FOR LEAVE FOR LAW STUDENT INTERN TO APPEAR AND ATTACHED LAW STUDENT INTERN APPEARANCES** were filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

/s/ Aaron P. Wenzloff
Aaron P. Wenzloff, ct28616