UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| THE FEW, THE PROUD, THE FORGOTTEN; VIETNAM VETERANS OF AMERICA; and CONNECTICUT STATE COUNCIL OF VIETNAM VETERANS OF AMERICA, <br><br>    Plaintiffs, <br>  v. <br><br>UNITED STATES DEPARTMENT OF VETERANS AFFAIRS, <br><br>    Defendant. | Civil Action No. 3:16-cv-00647 (VAB) <br><br> January 26, 2017 |

## LAW STUDENT INTERN APPEARANCE

**1. Certification of Law Student**

I certify that:

(a) I, HELEN E. WHITE, am enrolled in good standing at Yale Law School, in accordance with this Court's Local Rule 83.9(c)(1);

(b) I have completed at least two semesters of credit in legal studies; and

(c) I am neither employed by nor receiving compensation from clients in this case.

Date: 1/26/17

_Signature of Helen E. White_

**2. Consent of Client**

I hereby consent to the appearance of HELEN E. WHITE to provide legal service and appear in court or administrative tribunals for me in the above-captioned matter under the supervision of AARON P. WENZLOFF.

Date: 1/26/2017

Signature: _____
Representative of The Few, The Proud, The Forgotten

1

Date: 26 Jan 2017        Signature: _____
                         Representative of Vietnam Veterans of America

Date: 26 Jan 2017        Signature: _____
                         Representative of Connecticut State Council of
                         Vietnam Veterans of America


3. <u>Consent of Supervising Attorneys</u>

I hereby certify that I am a member of the bar of the United States District Court for the District of Connecticut and I assume professional responsibility for the work of HELEN E. WHITE as a law student intern, that I will assist the student to the extent necessary, and that I will appear with the student in all proceedings before the Court.

Date: 1/26/2017          Signature: _____
                                    Aaron P. Wenzloff

2