Civil- (Dec-2008)

HONORABLE: Victor A. Bolden
DEPUTY CLERK: J. Perez
RPTR/ECRO/TAPE: S. Montini
TOTAL TIME: 1 hours 21 minutes
DATE: 4/24/2017   START TIME: 10:30   END TIME: 11:51
LUNCH RECESS   FROM: _____ TO: _____
RECESS (if more than ½ hr)   FROM: _____ TO: _____

CIVIL NO. 3:16cv647(VAB)

The Few, The Proud, The Forgotten et l

vs

United States Department of Veterans

Aaron P. Wenzloff
Plaintiff's Counsel

John W. Larson
Defendant's Counsel

## COURTROOM MINUTES- CIVIL

[✓] Motion hearing
[ ] Evidentiary Hearing
[ ] Miscellaneous Hearing
[ ] Show Cause Hearing
[ ] Judgment Debtor Exam

[✓] …..#26 Motion summary judgment    [ ] granted [ ] denied [✓] advisement
[ ] …..# ___ Motion ___    [ ] granted [ ] denied [ ] advisement
[ ] …..# ___ Motion ___    [ ] granted [ ] denied [ ] advisement
[ ] …..# ___ Motion ___    [ ] granted [ ] denied [ ] advisement
[ ] …..# ___ Motion ___    [ ] granted [ ] denied [ ] advisement
[ ] …..# ___ Motion ___    [ ] granted [ ] denied [ ] advisement
[ ] …..# ___ Motion ___    [ ] granted [ ] denied [ ] advisement
[ ] ….. Oral Motion ___    [ ] granted [ ] denied [ ] advisement
[ ] ….. Oral Motion ___    [ ] granted [ ] denied [ ] advisement
[ ] ….. Oral Motion ___    [ ] granted [ ] denied [ ] advisement
[ ] ….. Oral Motion ___    [ ] granted [ ] denied [ ] advisement
[ ] ….. [ ] Briefs(s) due ___ [ ] Proposed Findings due ___ Response due ___
[ ] ………. ___    [ ] filed [ ] docketed
[ ] ………. ___    [ ] filed [ ] docketed
[ ] ………. ___    [ ] filed [ ] docketed
[ ] ………. ___    [ ] filed [ ] docketed
[ ] ………. ___    [ ] filed [ ] docketed
[ ] ………. ___    [ ] filed [ ] docketed
[ ] ………. Hearing continued until ___ at ___

Notes: