UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE FEW, THE PROUD, | : | Case No. 3:16-cv-647(VAB) |
| THE FORGOTTEN, et al., | : | |
|    Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| UNITED STATES DEPARTMENT OF | : | |
| VETERANS AFFAIRS, | : | |
|    Defendant. | : | February 15, 2018 |

## **MOTION FOR EXTENSION OF TIME**

Pursuant to the Local Civil Rule 7(b), the defendant respectfully moves the court for an extension of time, nunc pro tunc, to file the defendant's status report due on February 14, 2018. The undersigned attempted to timely file the defendant's status report, but based on issues accessing PACER, the e-filing account for the undersigned was locked. By the time access was restored, it was after midnight. The undersigned provided a courtesy copy to chambers by email, copying counsel for the plaintiff, within the time contemplated by the court's order. The undersigned apologizes for the error and seeks leave to file the status report approximately fifteen minutes after the deadline.

Based on the time and nature of the extension sought, the undersigned did not attempt to contact counsel for the plaintiffs to ascertain their position on this motion. This is the first motion with respect to this deadline.

WHEREFORE, the defendant respectfully moves the court to grant this nunc pro tunc extension of time to file its status report.

Respectfully submitted,

John H. Durham
United States Attorney

  /s/
John W. Larson (ct28797)
Assistant United States Attorney
United States Attorney's Office
District of Connecticut
450 Main Street, Room 328
Hartford, CT 06103
Tel: 860-947-1101
Fax: 860-760-7979
john.larson@usdoj.gov