# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE FEW, THE PROUD, | : | Case No. 3:16-cv-647(VAB) |
| THE FORGOTTEN, et al., | : | |
|    Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| UNITED STATES DEPARTMENT OF | : | |
| VETERANS AFFAIRS, | : | |
|    Defendant. | : | February 15, 2018 |

## **MOTION TO MODIFY ORDER**

     The defendant, the United States Department of Veterans Affairs, respectfully moves the court to modify its February 1, 2018 order in which the court ordered the personal appearance of representatives from the VA at a status conference scheduled for February 26, 2018. For the reasons set forth in the defendant's status report dated February 14, 2018, the defendant does not believe that the personal appearance of VA representatives at the conference is necessary and respectfully seeks leave to have any representatives available by telephone or videoconference (which may be coordinated by the undersigned and available at the United States Attorney's Office in Bridgeport) to the extent that the parties will need to meet and confer in a manner similar to their meeting at the last hearing. The defendant seeks to use these alternatives for time and budgetary reasons and believes that they will provide the plaintiffs with the same benefit that would be afforded if any VA representatives attended the conference in person.

     WHEREFORE, the defendant respectfully moves the court to modify its prior order to excuse the personal appearance of any VA representatives at the February 26,

2018 conference and to instead order participation by telephone or videoconference, if necessary.

        Respectfully submitted,

        John H. Durham
        United States Attorney

        \_\_/s/_____
        John W. Larson (ct28797)
        Assistant United States Attorney
        United States Attorney's Office
        District of Connecticut
        450 Main Street, Room 328
        Hartford, CT 06103
        Tel: 860-947-1101
        Fax: 860-760-7979
        john.larson@usdoj.gov