## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE FEW, THE PROUD, | : | Case No. 3:16-cv-647(VAB) |
| THE FORGOTTEN, et al., | : | |
|    Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| UNITED STATES DEPARTMENT OF | : | |
| VETERANS AFFAIRS, | : | |
|    Defendant. | : | February 15, 2018 |

### NOTICE OF REQUEST FOR EXPEDITED CONSIDERATION OF MOTION

      Pursuant Local Civil Rule 7(a), the defendant, the United States Department of Veterans Affairs, provides this notice requesting expedited consideration of its motion to modify (document no. 69). Because the conference that is the subject of the order that the defendant seeks to modify is on February 26, 2018, the defendant respectfully requests that the court rule on its motion before expiration of the period ordinarily permitted for filing opposition papers.

      Respectfully submitted,

      John H. Durham
      United States Attorney

      \_\_\_/s/_____
      John W. Larson (ct28797)
      Assistant United States Attorney
      United States Attorney's Office
      District of Connecticut
      450 Main Street, Room 328
      Hartford, CT 06103
      Tel: 860-947-1101
      Fax: 860-760-7979
      john.larson@usdoj.gov