## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE FEW, THE PROUD, THE FORGOTTEN, et al., | : : | Case No. 3:16-cv-647(VAB) |
| Plaintiffs, | : : | |
| v. | : : | |
| UNITED STATES DEPARTMENT OF VETERANS AFFAIRS, | : : | |
| Defendant. | : | February 15, 2018 |

### NOTICE OF CORRECTION TO STATUS REPORT

The defendant, the United States Department of Veterans Affairs, provides this notice of a correction to a figure cited in its status report dated February 14, 2018. Specifically, due to a calculation error by the undersigned, the status report mistakenly indicates that since the January 31 hearing, VHA has reviewed approximately 88,000 documents for responsiveness. (Status Report, p. 5.) The proper figure is 39,000 documents reviewed since the January 31 hearing.

        Respectfully submitted,

        John H. Durham
        United States Attorney

        ___/s/_____
        John W. Larson (ct28797)
        Assistant United States Attorney
        United States Attorney's Office
        District of Connecticut
        450 Main Street, Room 328
        Hartford, CT 06103
        Tel: 860-947-1101
        Fax: 860-760-7979
        john.larson@usdoj.gov