UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| THE FEW, THE PROUD, THE FORGOTTEN, *et al.*,<br>      *Plaintiffs*,<br><br>      v.<br><br>UNITED STATES DEPARTMENT OF VETERANS AFFAIRS,<br>      *Defendants*. | No. 3:16-cv-00647 (VAB) |

## *AMENDED* SCHEDULING ORDER

Following a joint motion to modify the schedule, the Court adopts the following schedule in this case:

- Status Reports due 7/6/2018;
- Telephonic Status Conference set for 07/11/2018 at 10:00 a.m. Once all counsel are on the line, please call Chambers at (203) 579-5562;
- Status Reports due 8/17/2018;
- Status Conference set for 8/21/2018 at 10:00 a.m. in Courtroom Two;
- Status Reports due 9/21/2018;
- Status Conference set for 10/03/2018 at 10:00 a.m. in Courtroom Two;
- Status Reports due 10/19/2018;
- Status Conference set for 10/25/2018 at 11:00 a.m. in Courtroom Two;
- Status Reports due 11/16/2018;
- Status Conference set for 11/19/2018 at 11:00 a.m. in Courtroom Two;
- Status Reports due 12/21/2018; and
- Status Conference set for 1/11/2018 at 11:00 a.m. in Courtroom Two.

**SO ORDERED** at Bridgeport, Connecticut, this 25th day of June, 2018.

　　　　　　　　　　　　　　　　　　　　 /s/ Victor A. Bolden
　　　　　　　　　　　　　　　　　　　　VICTOR A. BOLDEN
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE