# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE FEW, THE PROUD, | : | Case No. 3:16-cv-647(VAB) |
| THE FORGOTTEN, et al., | : | |
|    Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| UNITED STATES DEPARTMENT OF | : | |
| VETERANS AFFAIRS, | : | |
|    Defendant. | : | August 9, 2018 |

## JOINT MOTION TO MODIFY ORDER

The parties jointly move to modify the court's June 25, 2018 amended scheduling order (ECF No. 105) to change the August 21, 2018 status conference from in-person to telephonic. In support of this motion, the parties state as follows:

1. On April 19, 2018, the court issued an order denying without prejudice a Motion for Civil Contempt filed by the plaintiffs.

2. In that order, the court established a schedule with respect to Defendant's submission of monthly status reports regarding its production of documents responsive to the FOIA request at issue in this case, as well as with respect to monthly in-person status conferences.

3. Specifically, the court ordered the defendant to submit status reports on June 15, July 13, August 17, September 21, October 19, November 16, and December 21, 2018. The court also established a schedule for the status conferences, setting them for June 25, July 17, August 24, September 28, October 25, November 19, 2018, and January 11, 2019.

4. On June 7, 2018, the parties jointly moved to modify the court's order seeking to modify the dates for certain status reports and status conferences.

5. On June 13, 2018, the court granted the parties' motion and established an amended scheduling order that, in pertinent part, scheduled an in-person status conference for August 21, 2018, at 10:00 a.m.

6. After consultation, the parties believe that a telephonic status conference will accomplish the goals of the conference while reducing the burden on the parties, particularly the defendant, which otherwise will be producing several out-of-state agency representatives at the hearing.

WHEREFORE, for the foregoing reasons, the parties respectfully move the court to modify its amended scheduling order to change the August 21, 2018 status conference from in-person to telephonic.

| PLAINTIFFS | DEFENDANT |
|---|---|
| THE FEW, THE PROUD,<br>THE FORGOTTEN et al., | UNITED STATES DEPARTMENT OF<br>VETERANS AFFAIRS |
| */s/ Michael J. Wishnie*<br>Michael J. Wishnie (ct27221)<br>Veterans Legal Services Clinic<br>Jerome N. Frank Legal Services Org.<br>P.O. Box 209090<br>New Haven, CT 06520-9090<br>Tel: (203) 432-4800<br>Fax: (203) 432-1426<br>michael.wishnie@ylsclinics.org | John H. Durham<br>United States Attorney<br><br>*/s/ John W. Larson*<br>John W. Larson (ct28797)<br>Assistant United States Attorney<br>District of Connecticut<br>450 Main Street, Room 328<br>Hartford, CT 06103<br>Tel: 860-947-1101<br>Fax: 860-760-7979<br>john.larson@usdoj.gov |