## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE FEW, THE PROUD, THE FORGOTTEN, et al., | : : | Case No. 3:16-cv-647(VAB) |
|    Plaintiffs, | : : | |
| v. | : : | |
| UNITED STATES DEPARTMENT OF VETERANS AFFAIRS, | : : | |
|    Defendant. | : | September 21, 2018 |

### DEFENDANT'S STATUS REPORT

Pursuant to the court's June 25, 2018 amended scheduling order (document no. 105), the defendant, the United States Department of Veterans Affairs, respectfully submits its monthly status report regarding the period between the filing of the defendant's August 17, 2018 status report and the date of this report.

There are no changes to the status of VBA, which has completed its production of documents to the plaintiffs and which continues to staff this file with two FOIA officers who are available to work full time on follow-up issues (such as completion of the Vaughn index) as needed. A final search declaration regarding VBA's email searches and a final Vaughn index will be produced by the final deadline for production.

Since the submission of the defendant's August status report, VHA has produced to the plaintiffs an additional 580 documents totaling 4400 pages. VHA continues to staff this file using five of its employees plus fourteen contractors to process the relevant emails. With respect to the production that has remained "in house" with VHA, there are approximately 679 documents remaining to be produced to the plaintiffs. The material that was provided to the contractor for review (after initial processing and de-duplication,

etc.) totaled 236,016 pages.[1]  To date, the contractor has reviewed 127,631 of the pages, leaving 108,385 pages for review.  After contractor review, VHA will perform a limited quality control review before producing the documents to the plaintiffs.

VHA fully expects to complete review by the current deadline.

        Respectfully submitted,

        John H. Durham
        United States Attorney

        ___/s/_____
        John W. Larson (ct28797)
        Assistant United States Attorney
        District of Connecticut
        450 Main Street, Room 328
        Hartford, CT 06103
        Tel: 860-947-1101
        Fax: 860-760-7979
        john.larson@usdoj.gov

---

[1] The outside contractor keeps its processing data in terms of pages rather than documents.