## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE FEW, THE PROUD, | : | Case No. 3:16-cv-647(VAB) |
| THE FORGOTTEN, et al., | : | |
|    Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| UNITED STATES DEPARTMENT OF | : | |
| VETERANS AFFAIRS, | : | |
|    Defendant. | : | November 16, 2018 |

### DEFENDANT'S STATUS REPORT

     Pursuant to the court's August 29, 2018 amended scheduling order (document no. 122), the defendant, the United States Department of Veterans Affairs, respectfully submits its monthly status report regarding the period between the filing of the defendant's October status report and the date of this report.

     There are no changes to the status of VBA, which has completed its production of documents to the plaintiffs and which continues to staff this file with two FOIA officers who are available to work full time on follow-up issues (such as completion of the Vaughn index) as needed.  A final search declaration regarding VBA's email searches and a final Vaughn index will be produced by the final deadline for production.

     Since the submission of the defendant's October status report, VHA has produced to the plaintiffs an additional 300 documents totaling 2620 pages, with an additional three releases that VHA will be producing in the coming days.  Those releases – 300 more documents totaling 2012 pages – will complete the production that remained in house with VHA.  Since the October status report, the contractor completed its review of the documents that were referred out for review.  As noted previously, VHA will perform

quality control review of those documents reviewed by the contractor before production to the plaintiffs, which will occur on a rolling basis. VHA will staff that task using five of its FOIA Officers from the VHA Central Office and fully expects to complete review by the current deadline.

                Respectfully submitted,

                John H. Durham
                United States Attorney

                __/s/_____
                John W. Larson (ct28797)
                Assistant United States Attorney
                District of Connecticut
                450 Main Street, Room 328
                Hartford, CT 06103
                Tel: 860-947-1101
                Fax: 860-760-7979
                john.larson@usdoj.gov