## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE FEW, THE PROUD, | : | Case No. 3:16-cv-647(VAB) |
| THE FORGOTTEN, et al., | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| UNITED STATES DEPARTMENT OF | : | |
| VETERANS AFFAIRS, | : | |
| Defendant. | : | December 21, 2018 |

### DEFENDANT'S STATUS REPORT

Pursuant to the court's August 29, 2018 amended scheduling order (document no. 122), the defendant, the United States Department of Veterans Affairs, respectfully submits this final monthly status report regarding the period between the filing of the defendant's November status report and the date of this report.

There are no changes to the status of VBA, which has completed its production of documents to the plaintiffs and which continues to staff this file with two FOIA officers who are available to work full time on follow-up issues (such as completion of the Vaughn index) as needed.

As previously reported, VHA has completed production of the documents that it kept in house for review and is working to produce the documents reviewed by the outside contractor hired to assist in this process. VHA has completed the first three batches of that review, totaling 13,328 pages, with considerably more expected to be completed next week. VHA initially anticipated using five full-time employees to review the contractor material, but due to technological issues with interfacing with the

contractor's computer system, VHA will instead be using three employees to complete this process.  In any event, that production will occur by the January deadline.

Both VBA and VHA also have intended to produce search declarations pertaining to their email searches and Vaughn indices by the January deadline for the completion of document production.  In the event of a government shutdown, however, the undersigned will be furloughed and will not be available to assist the defendant in finalizing that material.  It is possible, therefore, that the defendant may require additional time to produce the declarations and Vaughn indices depending on the status of funding for the Department of Justice.  VHA's document production will be complete regardless, but the undersigned wanted to flag that potential issue in this status report.

Respectfully submitted,

John H. Durham
United States Attorney

___/s/_____
John W. Larson (ct28797)
Assistant United States Attorney
District of Connecticut
450 Main Street, Room 328
Hartford, CT 06103
Tel: 860-947-1101
Fax: 860-760-7979
john.larson@usdoj.gov