THE FEW, THE PROUD, THE FORGOTTEN et al.,   :   Case No. 3:16-cv-647(VAB)
    Plaintiffs,   :
                                   :
v.   :
                                   :
U.S. DEPARTMENT OF VETERANS AFFAIRS,   :
    Defendant.   :   January 11, 2019

## MOTION FOR EXTENSION OF TIME

Pursuant to Local Civil Rule 7(b), the defendant, the United States Department of Veterans Affairs, respectfully moves the court for a three-week extension of time from the date the undersigned is authorized to return to work at the conclusion of the ongoing government shutdown within which to produce supplemental materials in connection with the defendant's final document production, which was made yesterday.  Although the production of these supplemental materials, including supplemental declarations explaining the defendant's search of its email system for responsive records and Vaughn indices, was not ordered by a specific date, the undersigned did represent on the record that the defendant would produce that material along with its final production of documents, which was ordered to occur by January 11, 2019.  Therefore, in an abundance of caution, and to update the court as to the status of the defendant's production, the defendant moves for this extension.  In support of this motion, the defendant states as follows:

1.      On May 26, 2017, the court granted in part and denied in part the defendant's motion for partial summary judgment with respect to the plaintiffs' FOIA complaint in this case (see docket no. 39).  In that ruling, the court ordered production of

1

documents consistent with the court's ruling, with supplemental search declarations to follow.   (Id. at 30-31.)

2.      On April 19, 2018, the court denied without prejudice the plaintiffs' motion for contempt regarding the defendant's inability to that point to produce all of the material responsive to the plaintiffs' FOIA request (see docket no. 98).  In connection with that ruling, the court ordered: "Defendant must complete all document production consistent with the Court's May 26, 2017, Order by January 11, 2019."  (Order, p. 3.)

3.      Sometime after the April order, the undersigned indicated to counsel for the plaintiffs the defendant's intention to produce supplemental material (specifically the Vaughn indices, but the defendant also intended to produce supplemental search declarations) on or before the January 11, 2019 deadline for the final production of documents.  The undersigned repeated that representation on the record at one of the court's monthly status calls.

4.      On August 29, 2018, the court issued an amended scheduling order in this case (see docket no. 122).  In that order, the court noted "that the parties have represented that they expect the completion of discovery, including the production of Vaughn indices, by January 11, 2019."

5.      While agency personnel exclusively worked on the actual document review and production, the creation of the supplemental materials involved consultation with the undersignedw.  Consequently, in the defendant's December 21, 2018 status report regarding its document production, the defendant indicated that it would make a final production of documents by the January 11, 2019 deadline, but also observed:

2

> In the event of a government shutdown, however, the undersigned
> will be furloughed and will not be available to assist the defendant
> in finalizing that material. It is possible, therefore, that the
> defendant may require additional time to produce the declarations
> and Vaughn indices depending on the status of funding for the
> Department of Justice. VHA's document production will be
> complete regardless, but the undersigned wanted to flag that
> potential issue in this status report.

6.      On December 22, 2018, appropriations to several federal agencies, including the Department of Justice, did lapse.  As a result of the partial government shutdown, the undersigned was furloughed and will continue to be furloughed until funding is restored, whenever that may be.

7.      Due to the furlough, the undersigned was not available during the three-week-period prior to January 11, 2019, to assist the defendant in finalizing the supplemental material to its document production.

8.      The undersigned understands that the defendant made its final production of documents on January 10, 2019.

9.      The parties have discussed the situation, and counsel for the plaintiffs has indicated that they consent to a deadline for the production of supplemental materials of one week following the conclusion of the government shutdown.  Given the duration of the shutdown and the unavailability of the defendant's litigation counsel during that period, the defendant believes that there is good cause to set the deadline for the production of supplemental materials for three weeks following the undersigned's return to work upon restoration of funding.

10.     The parties are scheduled to attend an in-person status conference on January 23, 2019, and counsel for the plaintiffs has indicated that their preference is to go

forward on that date regardless of whether they have yet received the supplemental material from the defendant.  Assuming that the undersigned has returned to work by then, the defendant will also be in a position to discuss the status of the supplemental material at that conference, should the court prefer.

11.     This is the first motion with respect to the deadline for the defendant's production of supplemental materials in connection with its document production, and the plaintiffs' position is set forth above.

WHEREFORE, for the foregoing reasons, the defendant respectfully moves the court for permission to produce supplemental materials in connection with its final document production three weeks after the first day on which the undersigned is no longer furloughed.

Respectfully submitted,

John H. Durham
United States Attorney

        /s/
John W. Larson (ct28797)
Assistant United States Attorney
District of Connecticut
450 Main Street, Room 328
Hartford, CT 06103
Tel: 860-947-1101
Fax: 860-760-7979
john.larson@usdoj.gov