UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| THE FEW, THE PROUD, THE FORGOTTEN; VIETNAM VETERANS OF AMERICA; and CONNECTICUT STATE COUNCIL OF VIETNAM VETERANS OF AMERICA<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF VETERANS AFFAIRS,<br><br>*Defendant*. | Civil Action No. 3:16-cv-647 (VAB)<br><br><br><br><br><br>February 21, 2019 |

**CONSENT MOTION TO RESCHEDULE JANUARY STATUS CONFERENCE**

Plaintiffs respectfully move to reschedule the in-person status conference in the above-captioned case previously scheduled for January 23, 2019, at 10 AM. Defendant's counsel has indicated that Defendant consents to rescheduling the status conference as set forth in this motion. In support of this motion, Plaintiffs state as follows:

1. The Court previously scheduled an in-person status conference for January 23, 2019, after Defendant's deadline to complete document production and produce Vaughn indices by January 11, 2019.

2. Defendant completed production by January 11, 2019.

3. Due to the government shutdown, Defendant moved to extend the deadline for Vaughn indices to three weeks after Defendant's counsel returned to work. ECF No. 138. The Court granted the motion and additionally cancelled the January 23 conference. The Court asked the parties to confer and propose new dates for an in-person status conference. ECF No. 139.

1

4. Defendant's counsel produced Vaughn indices to Plaintiffs on February 18, 2019.

5. The Parties have conferred as to their availability, and they are available to reschedule the in-person status conference to March 18, 19, or 25.

WHEREFORE, for the foregoing reasons, the Plaintiffs respectfully request that the Court reschedule the January 23, 2019 in-person status conference to March 18, 19, or 25.

Dated: February 21, 2019

                                            Respectfully submitted,

                                            By: /s/ Reneé Burbank
Shikha Garg, Law Student Intern
Jordan R. Goldberg, Law Student Intern[*]
Corey Meyer, Law Student Intern
Reneé Burbank, Supervising Attorney
(ct30669)
Veterans Legal Services Clinic
Jerome N. Frank Legal Services Organization
P.O. Box 209090
New Haven, CT 06520-9090
(203) 432-4800
renee.burbank@ylsclinics.org

*Counsel for Plaintiffs*

---

[*] Law student appearance forthcoming.