UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| THE FEW, THE PROUD, THE FORGOTTEN; VIETNAM VETERANS OF AMERICA; and CONNECTICUT STATE COUNCIL OF VIETNAM VETERANS OF AMERICA,<br><br>*Plaintiffs*,<br>v.<br><br>UNITED STATES DEPARTMENT OF VETERANS AFFAIRS,<br><br>*Defendant*. | No. 3:16-cv-00647 (VAB)<br><br>May 17, 2019 |

**PLAINTIFFS' LOCAL RULE 56(a)(1) STATEMENT**

Pursuant to Local Rule 56(a)(1), this statement sets forth Plaintiffs' statement of undisputed facts. This statement addresses only the facts relevant to the narrow legal issues that Plaintiffs raise in their May 17, 2019, motion for summary judgment.

1. Plaintiffs submit the May 17, 2019, declaration of Shikha Garg as Exhibit 1.

2. On December 7, 2015, Plaintiffs submitted two separate, but identical Freedom of Information Act (FOIA) requests related to the VA's Camp Lejeune Subject Matter Expert (SME) program: one to the Veterans Health Administration (VHA) of the Department of Veterans Affairs (VA) and one to the Veterans Benefits Administration (VBA) of the VA. Compl. ¶ 21.

3. After VHA and VBA failed to provide any response documents, Plaintiffs filed this action against the VA on April 27, 2016. Compl. ¶ 23.

4. VBA and VHA produced some responsive documents in the fall of 2016. Ex. 1 to Def.'s Rule 56(a)(1) Statement ¶ 7, ECF No. 26-2. VBA produced three training letters, training emails, two links to internet websites, data in the form of six charts with two rows and no more than three

columns, 18 emails in response to Paragraph 19 of Plaintiff's FOIA request, and one copy of meeting minutes and transcripts. Ex. A to Ex. 1 to Def.'s Rule 56(a)(1) Statement, ECF No. 26-2.

5. The VA subsequently moved for partial summary judgment in December 2016. Def.'s Mot. for Partial Summary Judgment, ECF No. 26.

6. On May 26, 2017, this Court denied in large part the VA's motion, finding the VA had not completed a reasonable search for records responsive to the majority of Plaintiffs' FOIA request. Ruling on Def.'s Mot. for Partial Summary Judgment, ECF No. 39.

7. Following failures by the VA to complete production by court-ordered deadlines in July 2017 and January 2018, to Court set a final deadline on document production for January 11, 2019. *See* ECF No. 98.

8. The VA produced roughly 150,000 pages of documents since this Court ordered summary judgment in 2017.

9. The documents produced contain tens of thousands of redactions under FOIA exemptions for statutorily protected documents (Exemption 3), documents involving deliberative processes (Exemption 5), and documents that are medical, personnel, or similar files containing personal information (Exemption 6). *See* Ex. 4, Excerpts from Def.'s Vaughn Index (containing a sample of the tens of thousands of redactions and reasons therefor).

10. Many of the redactions under Exemption 6 appear in mundane intraoffice emails discussing nonsensitive matters like upcoming panel presentations, meeting agendas, and scheduling. *See, e.g.*, Ex. H to Garg Decl.

11. An August 24, 2015, news report from News 6 Orlando ("News 6 Report") accused Dr. Wilhelm, a former or current SME, of copying information from websites when denying a service

connection between exposure to toxins at Camp Lejeune and a veteran's condition. *See* Ex. A to Garg Decl.

12. The News 6 Report also accused an unnamed SME of copying and pasting portions of Wikipedia for inclusion in a medical opinion relied upon to deny a veterans benefits claim. *Id.*

13. The News 6 Report noted that Dr. Wilhelm was terminated from his surgery residency at the William Beaumont Army Medical Center for being "inept in the operation room." *Id.*

14. News 6 Orlando was able to secure this information from filings in a lawsuit brought by Dr. Wilhelm. *Id.*

15. A filing in that lawsuit noted that Dr. Wilhelm had "inadequate performance in the cognitive and psychomotor domains." *Wilhelm v. Caldera*, 90 F. Supp. 2d 3, 4 (D.D.C. 2000).

16. Another media outlet reported that Dr. Wilhelm was the Director of Compensation and Pension at the Minneapolis VA during a time when unqualified VA staffers conducted as many as 300 traumatic brain injury (TBI) examinations in connection with VA benefits, possibly resulting in erroneous denials of benefits. *See* Ex. B to Garg Decl.

17. A veteran's advocate wrote that Dr. Wilhelm was "willfully not following" VA policies. Ex. C to Garg Decl.

18. Another former or current SME, Dr. Wanda Blaylark stands accused of diagnosing a veteran as not having TBI without conducting any "neuropsychological testing." Ex. D to Garg Decl.

19.  In response to the wrongdoing on the part of Dr. Blaylark and under the supervision of Dr. Wilhelm, the VA Secretary granted equitable relief to more than 24,000 veterans following a nationwide review of TBI medical examinations conducted between 2007 and 2015. Ex E to Garg Decl.

20. A media outlet in Tampa, Florida reported that a former or current SME, Dr. Sheila Mohammed, was convicted of tax fraud in 2018. Ex. F to Garg Decl.

21. Another former or current SME, Dr. Koopmeiners, faced disciplinary action by the Minnesota Board of Medical Practice following a guilty plea and sentencing for one count of criminal sexual conduct in the first degree. *See* Ex. G to Garg Decl.

Dated: May 17, 2019
      New Haven, CT

                                  Respectfully submitted,

                                  /s/ Renée Burbank
                                  Renée Burbank, (ct30669)
                                  Shikha Garg, Law Student Intern
                                  Corey Meyer, Law Student Intern
                                  Veterans Legal Services Clinic
                                  Jerome N. Frank Legal Services Organization
                                  P.O. Box 209090
                                  New Haven, CT 06520-9090
                                  Tel: (203) 432-4800
                                  Fax: (203) 432-1426
                                  renee.burbank@ylsclinics.org
                                    *Counsel for Plaintiffs*