UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| THE FEW, THE PROUD, THE FORGOTTEN; VIETNAM VETERANS OF AMERICA; and CONNECTICUT STATE COUNCIL OF VIETNAM VETERANS OF AMERICA, <br><br> *Plaintiffs*, <br> v. <br><br> UNITED STATES DEPARTMENT OF VETERANS AFFAIRS, <br><br> *Defendant*. | No. 3:16-cv-00647 (VAB) <br><br><br><br> May 17, 2019 |

**DECLARATION OF SHIKHA GARG, LAW STUDENT INTERN, IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, CIVIL CONTEMPT**

I, Shikha Garg, in accordance with 28 U.S.C. § 1746 (2018), declare as follows:

I am a law student intern with the Veterans Legal Services Clinic of the Jerome N. Frank Legal Services Organization at Yale Law School, which represents The Few, the Proud, the Forgotten, Vietnam Veterans of America, and the Connecticut State Council of Vietnam Veterans of America in this matter.

1. Attached as Exhibit A is a true and correct copy of a news article by Tara Evans titled *Veterans: Are VA Experts Qualified*, which was downloaded from *Click Orlando*, at https://www.clickorlando.com/news/investigators/camp-lejeune/veterans-are-va-experts-qualified (last visited May 17, 2019).

2. Attached as Exhibit B is a true and correct copy of a news article by Steve Eckert and A.J. Lagoe titled *Unqualified Doctors Performed Brain Injury Exams at Mpls VA Medical Center*, which was downloaded from *Kare11*, at https://www.kare11.com/article/news/investigations

/unqualified-doctors-performed-brain-injury-exams-at-mpls-va-medical-center/274178053 (last visited May 17, 2019).

3. Attached as Exhibit C is a true and correct copy of a news article by Benjamin Krause titled *VA Caught Defrauding 300 Veterans with Brain Injuries*, which was downloaded from *Disabled Veterans*, at https://www.disabledveterans.org/2015/08/06/va-caught-defrauding-300-veterans-with-brain-injuries/ (last visited May 17, 2019).

4. Attached as Exhibit D is a true and correct copy of a news article titled *Investigation Reveals VA Misdiagnosed 50 Brain-Injured Veterans*, which was downloaded from *10 News*, at https://www.wtsp.com/article/entertainment/television/studio10/health/investigation-reveals-va-misdiagnosed-50-brain-injured-veterans/64929266 (last visited May 17, 2019).

5. Attached as Exhibit E is a true and correct copy of a press release from the Department of Veterans Affairs (VA) titled *VA Secretary Provides Relief for Veterans with Traumatic Brain Injuries* which was downloaded from the VA's own website, at https://www.va.gov/opa/pressrel/pressrelease.cfm?id=2795 (last visited May 17, 2019).

6. Attached as Exhibit F is a true and correct copy of a news article by Steve Andrews titled *Dr. Who Cheated Government on Taxes Helps Decide Which Camp Lejeune Marines Get Benefits*, which was downloaded from *News Channel 8*, at https://www.wfla.com/8-on-your-side/investigations/dr-who-cheated-government-on-taxes-helps-decide-which-camp-lejeune-marines-get-benefits/1158024119 (last visited May 17, 2019).

7. Attached as Exhibit G is a true and correct copy of a Stipulation and Order from the case *In the Matter of the Medical License of Michael B. Koopmeiners MD*, before the Minnesota Board of Medical Practice, which was downloaded from *Minnesota.gov*, at https://bmp.hlb.state.mn.us

/disc/KOOPMEINERS,%20Michael%20B%20(PY25515)/KOOPMEINERS,%20Michael%20B%201-11-92.pdf (last visited May 17, 2019).

8. Attached as Exhibit H is a true and correct copy of a sample set of documents from the Defendant's January 2019 Freedom of Information Act (FOIA) production. The sample contains internal VA emails with substantial redactions under FOIA Exemption 6. *See* 5 U.S.C. § 553(b)(6) (2018).

Dated: May 17, 2019
         New Haven, CT

                                        Respectfully submitted,

                                        _____
                                        Shikha Garg, Law Student Intern
                                        Veterans Legal Services Clinic
                                        Jerome N. Frank Legal Services Organization
                                        P.O. Box 209090
                                        New Haven, CT 06520-9090
                                        Tel: (203) 432-4800
                                        Fax: (203) 432-1426
                                        Email: shikha.garg@ylsclinics.org