# EXHIBIT H

**From:** (b)(6)
**Sent:** 18 Dec 2013 13:20:18 +0000
**To:** (b)(6)
**Cc:** (b)(6)
**Subject:** FW: Re-appointment package
**Attachments:** Revised Re-appointment Package.pdf

See attachment for the re-appointment.

**From:** (b)(6)
**Sent:** Tuesday, December 17, 2013 2:43 PM
**To:** (b)(6)
**Cc:**
**Subject:** RE:

Hi, all
I was up at the VAMC last week during the snow day and left a message for (b)(6)    I need another copy of the credentialing form as the one sent to my home email has disappeared (yes, likely not magic, likely just my sticky fingers deleting one thing too much)

**From:** (b)(6)
**Sent:** Tuesday, December 17, 2013 1:58 PM
**To:** (b)(6)          (b)(6)
**Cc:**
**Subject:**

(b)(6)

It was nice to speak with you recently.   We briefly touched on (b)(6) appointment.

How should we proceed?  He was credentialed here with privileges in the recent past.  I'd like for him to have a WOC appointment.

(b)(6)     has gracefully agreed to help us manage some  consults for veterans with concerns about Camp Lejeune water contamination. He is the leading expert in the area and we will very much need him.  He would need to CPRS access and privileges.

What can I do on my end? I am happy to make myself available for a phone call or in person meeting.

(b)(6)

(b)(6)

**From:** (b)(6) (b)(6) (VHACO)
**Sent:** 19 Aug 2010 10:47:30 -0400
**To:** (b)(6)
**Cc:** (b)(6) (b)(6) ;Walters, Terry;Flohr, Brad,
VBAVACO;VHA CO 13 Action
**Subject:** RE: Thank You Letter from (b)(6)
**Attachments:** Letter from (b)(6) at ATSDR Aug18_2010.pdf

(b)(6)

     Thank you for your letter of invitation to the next Community Assistance Panel (CAP) meeting in Atlanta on September 22, 2010.  I have asked Dr. Terry Walters, our new (3 weeks) Director, Environmental Agents Service, to represent the Environmental Health Strategic Healthcare Group at the meeting.  I have also communicated with Mr. Brad Flohr from VBA (Compensation and Pension Service) about his availability to attend the meeting.  If you will please send him an invitation, he will work with his staff to provide an attendee from VBA.  We look forward to working with you and your staff on issues related to the drinking water contaminants at Camp Lejeune.

Mr. Flohr may be reached by email at: brad.flohr@va.gov

(b)(6)

(b)(6)

---

**From:** (b)(6)
**Sent:** Wednesday, August 18, 2010 4:36 PM
**To:** (b)(6) (b)(6) (VHACO)
**Subject:** Thank You Letter from Dr. (b)(6) (b)(6)

<<20100818 Letter to (b)(6) (b)(6)

Greetings Dr. (b)(6)

It was nice meeting you and reminiscing about our respective military service.  Attached is a thank you letter from Dr. (b)(6)  Please feel free contact us if you have questions.  Enjoy the rest of the week and have a great weekend.

Sincerely,

(b)(6)

| | |
|---|---|
| **From:** | (b)(6) |
| **Sent:** | 21 Sep 2015 21:21:29 +0000 |
| **To:** | (b)(6) |

(b)(6)

(b)(6)        Flohr, Brad, VBAVACO (b)(6)        Erickson, Ralph L. (b)(6)

(b)(6)

**Subject:**        [EXTERNAL] AGENDA and READ- AHEAD: Camp Lejeune: ATSDR and VA Meeting #2

**Attachments:**        ATSDR summary of the evidence for Presumption_draft for VA 9.21.15.docx, CL VA Meeting Purpose and agenda Sep 2015_FINAL.DOCX

**Importance:**        High

Attached is the agenda for tomorrow's meeting and the read-ahead.

AGENDA is as follows:

**Camp Lejeune:  Agency for Toxic Substances and Disease Registry and Veterans Affair Meeting #2**
**When:  August 19, 2015**
**Time:  1:00PM – 4:00PM**
**Where:  Envision**

**Purpose Statement:**
**During a meeting with Senators Burr, Tillis, and Isakson, Robert McDonald (the Secretary of Veterans Affairs -VA), and** (b)(6)
(b)(6)        **agreed to partner in developing presumption of service connection for diseases associated with the contaminated water at Camp Lejeune, NC.**
**The purpose of the September 22, 2015 meeting is to continue with discussions from August 19, 2015 of the evidence supporting health conditions to be covered by the proposed service presumption and the minimum time frame for tenure at Camp Lejeune for the presumption to apply.**

**Agenda**
**1:00 – 1:30        Discussions between VA and ATSDR**
**1:30 – 2:30        Health conditions to be covered by service presumption**
**2:30 - 2:45        Break**
**2:45 – 3:30        Health conditions to be covered by service presumption (continued)**
**3:30 – 3:50        Evidence supporting a minimum time frame for presumption**
**3:50 – 4:00        Topics for future meetings and discussion**

Please contact me if you have any questions.

(b)(6)

(b)(6)

(b)(6)

Division of Toxicology and Human Health Sciences
Agency for Toxic Substances and Disease Registry
**Email:** (b)(6)

**From:**     Cross, Gerald M. (SES EQV)
**Sent:**     10 Apr 2012 08:11:55 -0400
**To:**       (b)(6)
**Subject:**  FW: (REMINDER) RE: (CHANGE DATE/TIME) RE: 30 Min-USH F/U to Mar 1
Meeting re: Camp Lejeune

---

**From:** (b)(6)
**Sent:** Monday, April 09, 2012 3:52 PM
**To:** (b)(6)          (b)(6)                          Cross, Gerald M. (SES EQV); (b)(6)
(b)(6)        ; Walters, Terry; Flohr, Brad, (b)(6)   Cassano, Victoria; (b)(6)
(b)(6)
**Cc:** (b)(6)        (b)(6)
**Subject:** (REMINDER) RE: (CHANGE DATE/TIME) RE: 30 Min-USH F/U to Mar 1 Meeting re: Camp
Lejeune

Friendly Reminder,

You are scheduled to meet with (b)(6)          tomorrow April 10th from 4:00 to 4:30
regarding a **F/U to Mar 1 Meeting re: Camp Lejeune** in room 802.

(b)(6)

---

**From:** (b)(6)
**Sent:** Tuesday, March 27, 2012 12:34 PM
**To:** (b)(6)        (b)(6)                     ; Cross, Gerald M. (SES EQV); (b)(6)
(b)(6)        Walters, Terry; Flohr, Brad, VBAVACO; Cassano, Victoria; (b)(6)
(b)(6)
**Cc:** (b)(6)     (b)(6) (b)(6)
**Subject:** (CHANGE DATE/TIME) RE: 30 Min-USH F/U to Mar 1 Meeting re: Camp Lejeune

Good Afternoon,

As requested by (b)(6)        (Dr. Cross) the meeting with (b)(6)      regarding: **Camp
Lejeune C/P Related Exams** has been Rescheduled from Friday, March 30 , 2012,
10:00 to 10:30. The new date and time is:

**Date/Time:** Tuesday, April 10th 2012, 4:00 to 4:30, Room 802

Thank you for your understanding and cooperation,

(b)(6)

**From:** (b)(6)
**Sent:** Monday, March 26, 2012 4:21 PM
**To:** (b)(6)                           Cross, Gerald M. (SES EQV) (b)(6)
Walters, Terry; Flohr, Brad (b)(6)         Cassano, Victoria; (b)(6)
**Cc:** (b)(6)     (b)(6)   (b)(6)
**Subject:** 30 Min-USH F/U to Mar 1 Meeting re: Camp Lejeune

Good Afternoon,

A follow up meeting with (b)(6)        and has been scheduled regarding: **Camp Lejeune C/P Related Exams**

**Date/Time:** Friday, March 30 , 2012, 10:00 to 10:30, Room 802


**Attendees**:
(b)(6)

Dr. Gerald Cross
(b)(6)
Terry Walters
Brad Flohr
(b)(6)
Victoria Cassano


(b)(6)



**Subject:**          [EXTERNAL] CLI Task Force Workstream Meeting - 7/3/14 Action Items & Proposed Agenda

Good afternoon CLI IPT members,

Below is the proposed agenda for today's meeting.  The outstanding action items are highlighted in blue and embedded into the sections of the agenda where they apply. Please let me know if you have any changes to the AI due dates, owners or status as well as any modifications to today's agenda.  Barring any changes, we will use this agenda to drive today's discussion.

The minutes from the last IPT meeting on 6/26/14 are posted on the CL SP site at this link.

Please let me know if you have any questions.

Thank you,



**Agenda:**
- **Announcements**
- **Special Topics**
  - **CLFMP Go Live Checklist**
    - Core Team and (b)(6) approved the draft CLFMP go live checklist, which includes details on the required business processes, resources, training, communications, and testing.
    - Next step: PMO to coordinate with work streams and begin using checklist immediately.
- **Work Stream Readouts**
  - **Regulations** (b)(6)
    - **Veteran Regulation**
    - **Family Member Regulation**
      - AI: Gordon to follow up on when the FM forms will be published and whether they will be published in the Federal Register and/or www.va.gov/vaforms/ (due 7/11/14). – Per (b)(6) the forms are currently under review by OMB and will not be published in the Federal Register.  Gordon to follow up on when and where the forms will be published.
  - **OGC** (b)(6)

- **Veteran Work Stream** (b)(6)
  - **Family Member Residency Process**
    - AI: PMO to update HEC standard operating procedures (SOP) with CLFMP residency verification steps and review with (b)(6) (draft due 7/7/14).
    - (b)(6) to confirm funds transfer from PC to the HEC for hiring HEC FTE (due 7/10/14). (b)(6) to investigate best approach for hiring FTE as quickly as possible (due 7/11/14). – PMO to follow up with (b)(6) when he return from leave next week.
  - **Audit of Veteran Records**
  - **CBO Table Topic for VAMC**
    - AI: (b)(6) to review the draft Table Topic presentation, developed by the PMO (due 7/11/14).
  - **Veteran IT Project**
- **Family Member Work Stream** (b)(6)
  - **Hearings Standard Operating Procedures**
    - AI (b)(6) to adapt the HEC's Veteran appeal hearings SOP to the family member program and incorporate into the Eligibility Specialist Desk Procedures (due 7/25/14).
  - **FM Denials & Appeals - Completed**
  - **FM End-to-End Manual & System Process Testing & UAT**
    - AI (b)(6) to revise draft end-to-end system process testing scenarios and send to PMO for review (7/8/14).
    - AI (b)(6) to draft end-to-end manual process testing scenarios and send to PMO for review (7/8/14).
    - AI: PMO to schedule meeting with Dr. (b)(6) for week of July 7 to review draft end-to-end manual process testing scenarios (7/8/14).
    - AI: Dr (b)(6) to sign 9957 form for UAT participation (due 7/3/14).
  - **CLFMP Phase 1 Systems:** The CBO Change Control Board approved the revised Phase 1 go live date of August 28, 2014.
- **Clinical Eligibility/Delivery of Care (Dr** (b)(6) )
  - **VAMC Physician Training for CME Credit (Status & Actions):**
    - AI (b)(6) to schedule meeting for _____ and CME committee (due 7/3/14).
  - **IOM Study**
    - AI _____ to meet with IOM committee and review their initial questions on the CL clinical guidance (meeting scheduled for 7/16/14).
  - **Clinical Reviewers MOU (Status):**
    - AI (b)(6) to confirm wording regarding CBO as owner of the CLFM claims lifecycle with (b)(6) update MOU with approved appeals language and submit to Core Team for final review and approval (due 7/3/14).
    - AI: Dr _____ (b)(6) to complete final review and approval of MOU (due 7/9/14).
  - **Hiring of WRIISC Physicians**
  - **WRIISC Physician Training**
    - AI: PMO to work with Dr (b)(6) to schedule clinical training for the WRIISC physicians (due 7/8/14).
    - AI _____ (b)(6) to create formal Clinical Reviewer report template (due 7/8/14).



(b)(6)

All (b)(6) to plan systems and manual process training for WRIISC physician training (plan due 7/11/14).

- **Communications (PMO)**
- **Personnel Status for Next Week**
  - (b)(6) **OOO 7/3-7/11**
  - (b)(6) **in Atlanta – 7/7 to 7/10**
- **Next Meeting: Thursday, July 10th, 2014 from 3-4:30 pm EST**
-
-

(b)(6)
(b)(6)

**From:** (b)(6)
**Sent:** 29 Jan 2013 08:45:40 -0500
**To:** Walters, Terry
**Subject:** Re: Slides for USH briefing on Camp Lejeune
**Importance:** Normal

A few, relatively simple slides would be good. Thanks.

---

**From**: Walters, Terry
**Sent**: Tuesday, January 29, 2013 08:29 AM
**To**: (b)(6)
**Subject**: RE: Slides for USH briefing on Camp Lejeune

No all I have is an IB I can gin up a couple of slides quickly if needed.

---

**From:** (b)(6)
**Sent:** Monday, January 28, 2013 5:50 PM
**To:** Walters, Terry
**Cc:** Peterson, Michael (VHACO) (SES EQV); Davey, Victoria (SES EQV); Kaslow, Richard, MD (SES EQV)
**Subject:** Slides for USH briefing on Camp Lejeune

Terry â€" do you have slides for Wednesdayâ€™s briefing with (b)(6) ?
Thanks, (b)(6)

**From:** (b)(6)
**Sent:** 29 Jan 2013 16:56:55 -0500
**To:** Walters, Terry
**Subject:** Telephone Call with (b)(6) Re: Camp Lejeune at 10:00 a.m. on Wednesday - See Calendar entry
**Importance:** Normal

Dr. Walters,
FYI:  Call set for 10:00 a.m., Wednesday.  Thanks, (b)(6)

**From:** (b)(6)
**Sent:** 29 Jan 2013 09:51:57 -0500
**To:** (b)(6) ;Walters, Terry
**Cc:** Camp Lejeune FM Core Team
**Subject:** RE: Issue Brief on family member access to care
**Importance:** Normal

(b)(6) – I think this looks really great.  I didn't have any comments.  Thanks to you and your team!

(b)(6)

Phone (b)(6)
Fax (b)(6)
Cell (b)(6)
(b)(6)

**From:** (b)(6)
**Sent:** Monday, January 28, 2013 5:23 PM
**To:** Walters, Terry; (b)(6)
**Cc:** Camp Lejeune FM Core Team
**Subject:** Issue Brief on family member access to care

Dr. Walters and (b)(6)

I have pulled information from the EDM to create the attached IB.  I went back and forth on a couple of presentation ideas.  Let me know what you think.

I have made all but a couple of edits to the EDM.  I'm awaiting some input from the team so I should be able to finish it tomorrow  morning.

Thanks!

Regards,

(b)(6)

Veterans Health Administration, Chief Business Office
BB - (b)(6)
Cell - (b)(6)

**From:** (b)(6)
**Sent:** 16 Jan 2013 16:13:00 -0600
**To:** (b)(6)
(b)(6)
(b)(6) Katie
(SES);Walters, Terry; (b)(6) Andrews, Kate Z. (SES
EQV (b)(6)
**Cc:** (b)(6)
(b)(6) Lynne (SES); (b)(6)
(b)(6)
**Subject:** Weekly: Camp Lejeune Implementation Task Force Work stream
Meeting (Update to Agenda as of 1/16/2013)
**Importance:** Normal

When: Thursday, January 17, 2013 3:00 PM-4:00 PM (GMT-05:00) Eastern Time (US &
Canada).

Where: Live Meeting and VANTS Conference Call Information (1-800-767-17500 - Access
Code (b)(6)

Note: The GMT offset above does not reflect daylight saving time adjustments.

*~*~*~*~*~*~*~*~*

**CAMP LEJEUNE IMPLEMENTATION TASK FORCE**

**(IPT Meeting)**

**THURSDAY**

**3:00 P.M. - 4:30 P.M. (EST)**

**VANTS CONFERENCE CALL INFORMATION**

(b)(6)   **ACCESS CODE** (b)(6)

**AGENDA**

**Roll Call**

(b)(6)

 **Announcements**

Please provide feedback on the Communications Plan by COB Tuesday

(b)(6)   has been added to the CL SP site, CT mail group, and all meeting invites

**Special Topics**

Veteran Regulation Update – (b)(6)

Schedule Updates – Veteran Care (b)(6) ) & Family Member Care (b)(6)

EDM update – (b)(6)

Communication products update – (b)(6) and (b)(6)

**Work stream Readouts**

(5 minutes for each group)

**Meeting Attendees     Attendance**
Dr. Terry Walters
(b)(6)

If you should require any additional information, please contact (b)(6)

–+-----+-----+-----+-----+-----+-----+-----+-----+-

Bailey, Kinslow (Midtown) has invited you to attend an online meeting using Microsoft® Office Communications Server.

Join the meeting

Make sure the Office Live Meeting client is installed before the meeting:

- o  I am connecting from inside the Corporation network
- o  I am connecting from outside the Corporation network

**AUDIO INFORMATION**

To join a meeting from your phone, dial in using the following information:

Phone:   (b)(6)   [English]

Find a local phone number for your region

Conference ID:   (b)(6)

Passcode:      Passcode is not required.

Note: If you have an account on this corporate network, use your PIN to join. Have you set your PIN?

## TROUBLESHOOTING

Unable to join the meeting?  Start Office Live Meeting and join the meeting with the following information:

Meeting ID:      d8bab884568f46cabef94d4f7601e947

Entry Code:   (b)(6)

Location:
(b)(6)

If you still cannot enter the meeting, contact support:

- o Inside the Corporation network
- o Outside the Corporation network

## NOTICE

Office Live Meeting can be used to record meetings. By participating in this meeting, you agree that your communications may be monitored or recorded at any time during the meeting.

**From:** (b)(6)
**Sent:** 15 Jan 2013 13:20:39 -0600
**To:** (b)(6)

(b)(6)

**Cc:** (b)(6) ;Walters, Terry
**Subject:** RE: Camp Lejeune Project: Fam Membr Admin Elig Wrkstrm Weekly
Meeting
**Attachments:** CL FM Admin Elig Wrkstrm Meeting Agenda for 01-15-2013.docx

I've attached the agenda for today's meeting.

<<CL FM Admin Elig Wrkstrm Meeting Agenda for 01-15-2013.docx>>

-----Original Appointment-----
**From:** (b)(6)
**Sent:** Friday, December 07, 2012 1:42 PM
**To:** (b)(6)

(b)(6)

**Cc:** (b)(6) ; Walters, Terry
**Subject:** Camp Lejeune Project: Fam Membr Admin Elig Wrkstrm Weekly Meeting
**When:** Tuesday, January 15, 2013 2:00 PM-3:00 PM (GMT-06:00) Central Time (US & Canada).
**Where:** Live Meeting & VANTS 47360

Camp Lejeune (CL) Family Member (FM) Administrative Eligibility Workstream Weekly
Meeting

Live Meeting Link: Join the meeting

Conference Line: (b)(6) code (b)(6)

**Camp Lejeune (CL) Family Member (FM) Administrative Eligibility Workstream Meeting**
**January 15, 2013, 1:00-2:00 MST**
**VANTS 47360**

**Facilitator:** (b)(6)   CL FM Project Manager

**Attendees:**

| Name | Organization/Role | Present |
|---|---|---|
| FM Core Team | | |
| (b)(6) | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| CL Core Team | | |
| Dr. Terry Walters | Deputy Chief Consultant, Post Deployment Health, VHA | |
| (b)(6) | | |
| Additional FM Team Members | | |
| (b)(6) | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Other Workstream Leads/Representatives | | |
| (b)(6) | | |
| | | |
| | | |
| | | |
| | | |

| Agenda / Notes |
| --- |

- **Core Team Updates** (b)(6)

  o EDM draft is complete awaiting review by the Core Team

  (b)(6) *forwarded additional information pertaining to the EDM:*
    1. *There needs to be a communications plan (which can be very brief – not the normal communications plan for the project – but how the outcome of the EDM once approved will be communicated)*
    2. *When we submit the EDM, we need to submit a word and a pdf version*
    3. *We should put the EDM in VAIQ and get 10N and 10P signatures on a 4265 before we submit via email to the NLC mailgroup.*

  o Dr. Walters presented the Issue Brief regarding DoD's role in determining Administrative Eligibility for Family Members to the Steering Committee
    ▪ Received positive feedback
    ▪ Will move forward with it

- **Team Update** (b)(6)

  o (b)(6) and Cindy completed the EDM Process Flows
  o (b)(6) and the team created and submitted the Communications Product Inventory
  o CLEAR Report will be forwarded each week as it is received from (b)(6) (b)(6) I think there may be a counting error in the report.  I have emailed (b)(6)
  o All proposed CLEAR changes need to be submitted ASAP please
  o Review Action Items

- **Schedule Updates** (b)(6)

- **Risks / Issues** (b)(6)

- **Updates from other work streams / representatives**
  o Veteran Admin Eligibility Workstream (b)(6)
  o HRC (b)(6)
  o Regulations Workstream (b)(6)
  o Delivery of Care Implementation Workstream (b)(6)
  o Communication (b)(6)

- **Open Discussion**

**From:** (b)(6)
**Sent:** 14 Jan 2013 09:51:05 -0500
**To:** Walters, Terry
**Subject:** Out of Office: Hadnot Point contaminated before 1957?

(b)(6) , will be out of the office until 1/15/2013.  I do not have access to bberry messaging during that time.

**From:** Flohr, Brad (SES EQV), VBAVACO
**Sent:** 14 Jan 2013 09:57:27 -0500
**To:** Walters, (b)(6)  (b)(6)                    (b)(6) (b)(
**Cc:** (b)(6)
**Subject:** RE: Hadnot Point contaminated before 1957?

Terry,

You are correct.  This does not impact claims processing, only entitlement to health care.  I think the question is:  if the water was contaminated at Hadnot Point prior to 1957, will that have any impact on health care?  It wouldn't statutorily, but would there be any impetus for expanding coverage on VA's own initiative?

Brad

---

**From:** Walters, Terry
**Sent:** Monday, January 14, 2013 9:52 AM
**To:** Flohr, Brad (SES EQV), VBAVACO; (b)(6)              (b)(6)      (b)(6) (b)(
**Subject:** RE: Hadnot Point contaminated before 1957?

Sorry forgot to attach the law

Terry

---

**From:** (b)(6)
**Sent:** Monday, January 14, 2013 9:07 AM
**To:** Walters, Terry; Flohr, Brad (SES EQV), VBAVACO; (b)(6)              (b)(6)      (b)(6) (b)
**Subject:** Hadnot Point contaminated before 1957?

- Terraw Terrace modeling was done at the time of the 2009 NRC report and the date of contamination was determined to have begun in 1957.

- Hadnot Point modeling results are not available yet (outside of ATSDR); it's conceivable the start date of contamination could change, but we won't know until ATSDR releases the results – we were told the modeling would be completed in late 2012.  When we (Terry, Brad, & I) attend the CL CAP (Community Assistance Panel) meeting at ATSDR this Thursday, we can specifically ask this question.

- If the start date of contamination for HP were to move before 1957, I do not know how this would affect the HC law?

---

**From:** (b)(6)          (b)(6)
**Sent:** Monday, January 14, 2013 8:05 AM
**To:** (b)(6)      (b)(6) (b)(6)(b)(6)
**Subject:**

This is an emerging issue with the OCLA.

Do either of you have information as to the reference to the ATSDR report being changed in relation to data?

(b)(6)

- **January 10, 2013.**  HHS, Office of the Assistant Secretary for Legislation, contacted OCLA regarding an email they had received from the staff of Sen. Richard Burr (R-NC) suggesting that Veterans "*who served at Camp Lejeune prior to 1957 are being denied any service connected disability rating for conditions VA recognizes for disability ratings for those Veterans who served at Camp Lejeune after 1957. The reason for this simple, VA only recognizes 1957-1987 as the years the contamination was active due to ATSDR's reports, which to date have not mentioned contamination before 1957.*"

  HHS requested VA confirm the details, while insinuating that an upcoming ATSDR report may be changed to reflect different dates. OCLA requested that HHS keep VA informed on any response to Sen. Burr to ensure that the Departments are in sync and that VA can be proactive in communicating with Sen. Burr's office if there are any changes to the available scientific information and publications.

(b)(6)

(b)(6)

*2805 Dodd Ave, Suite (b)(6)*
*Eagan, MN 55121*
*Main Office*
*Office Phone: (b)(6)*
*Black Berry: (b)(6)*

**Exitus acta probat**

**From:**           (b)(6)
**Sent:**           11 Jan 2013 19:52:12 -0500
**To:**             Walters, Terry;Shebesh, Katie (SES)
**Cc:**             (b)(6)
**Subject:**        RE: IB Camp Lejeune Admin responsibility 1-11-13 Final
**Attachments:**    011113 IB Camp Lejeune Admin responsibility.docx

Terry – there were still a couple redlines in it, so I accepted those and changed the date to today.
Attached is a copy and I will send as an update to the meeting request.

(b)(6)

(b)(6)
phone - (b)(6)
cell - (b)(6)

---

**From:** Walters, Terry
**Sent:** Friday, January 11, 2013 2:39 PM
**To:** (b)(6)            Shebesh, Katie (SES)
**Cc:** (b)(6)
**Subject:** IB Camp Lejeune Admin responsibility 1-11-13 Final

(b)(6)

Please see attached the final copy of the IB

Terry