# EXHIBIT 1

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| THE FEW, THE PROUD, THE FORGOTTEN; VIETNAM VETERANS OF AMERICA; and CONNECTICUT STATE COUNCIL OF VIETNAM VETERANS OF AMERICA,<br><br>  *Plaintiffs*,<br>v.<br><br>UNITED STATES DEPARTMENT OF VETERANS AFFAIRS,<br><br>  *Defendant*. | No. 3:16-cv-00647 (VAB)<br><br><br><br>July 1, 2019 |

**DECLARATION OF SHIKHA GARG, LAW STUDENT INTERN, IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, CIVIL CONTEMPT**

I, Shikha Garg, in accordance with 28 U.S.C. § 1746 (2018), declare as follows:

I am a law student intern with the Veterans Legal Services Clinic of the Jerome N. Frank Legal Services Organization at Yale Law School, which represents The Few, the Proud, the Forgotten, Vietnam Veterans of America, and the Connecticut State Council of Vietnam Veterans of America in this matter.

1. Attached as Exhibit A is a true and correct copy of an email conversation between Aaron Wenzloff, former counsel for Plaintiffs, and John Larson, Defendant's counsel, dated August 15, 2017, and August 31, 2017, as forwarded to me by Mr. Wenzloff.

2. Attached as Exhibit B is a true and correct copy of an email sent by Ashley Ingram, former law student intern for Plaintiffs, to John Larson, dated September 18, 2017.

3. Attached as Exhibit C is a true and correct copy of an email conversation between Helen White, former law student intern for Plaintiffs, and John Larson, dated September 25, 2017, and September 26, 2017.

4. Attached as Exhibit D is a true and correct copy of a corrected declaration by Carol Farer, FOIA Officer for the Veterans Health Administration, dated November 30, 2017.

5. Attached as Exhibit E is a true and correct copy of an email sent by myself as law student intern for Plaintiffs to John Larson, dated October 15, 2018.

6. Attached as Exhibit F is a true and correct copy of an email sent by John Larson to Plaintiffs' counsel, dated October 23, 2018.

7. Attached as Exhibit G is a true and correct copy of an email sent by John Larson to Plaintiffs' counsel, dated October 30, 2018.

Dated:     July 1, 2019
           New Haven, CT

> Respectfully submitted,
>
> _____
> Shikha Garg, Law Student Intern
> Veterans Legal Services Clinic
> Jerome N. Frank Legal Services Organization
> P.O. Box 209090
> New Haven, CT 06520-9090
> Tel: (203) 432-4800
> Fax: (203) 432-1426
> Email: shikha.garg@ylsclinics.org