# EXHIBIT B

## Ashley Ingram

Mon 9/18/2017 9:52 PM

To: John.Larson@usdoj.gov <John.Larson@usdoj.gov>; jlarson1@usa.doj.gov <jlarson1@usa.doj.gov>;

Cc: Aaron Wenzloff <aaron.wenzloff@ylsclinics.org>; Helen White <helen.white@ylsclinics.org>; Shikha Garg <shikha.garg@ylsclinics.org>; Corey Meyer <corey.meyer@ylsclinics.org>;

Dear John,

We hope you had a relaxing summer. We're writing to clarify the status and expected completion date of VA's production and search declarations. As you know, the Court ruled that VA was to complete production of responsive documents (after your motion for an extension was granted) by July 10, 2017, with search declarations to be supplied by July 24. At the end of July, our colleagues discussed the status of the searches with you by telephone, and you acknowledged that several searches remained outstanding and that the timeline for completing those searches might stretch to 3 months for VHA and an unknown length of time for VBA. Since then, as you also know, we have been receiving some production from both VBA and VHA on a rolling basis. We also received two superseding search declarations, one from VHA and one from VBA.

It is now the middle of September. Can you please provide us with a date certain when production from both VBA and VHA will be complete? In particular, based on our review of the production we received to date, it seems that searches regarding paragraphs 1, 3, 10, and 11 of the FOIA request are still incomplete. We also understand that searches are continuing for documents subject to paragraph 19. Is this correct? And, if so, when will these searches be complete?

As you also know, in August, we alerted you by email about several problems with the superseding search declarations that revealed that the finished searches were not reasonably conducted. We understand that you planned to present that information to your client so that VA could either re-do the searches, expand them, or else re-draft the search declarations to ensure that they reflect an adequate search was in fact conducted. Do you have any update on your client's response to our concerns about the searches described in the declarations?

Finally, please know that we are evaluating whether depositions, as permitted in the Court's summary judgment ruling, might be appropriate to resolve our outstanding questions about the reasonableness of VA's searches, and, in particular, the reasons for withholding records under several FOIA exemptions. However, if additional superseding search declarations are forthcoming, we likely would wait to decide that question until we receive them. Do you expect your client to provide new search declarations to modify the description of those searches that are already complete? Or should we expect more search declarations just to describe searches that are not yet complete?

If your client cannot provide us with a date certain for completing its searches for responsive records, then we will have to bring to the Court's attention that VA has not yet complied with the summary judgment ruling regarding deadlines for completing production and providing declarations. Please let us know the status of each of these issues by the end of this week.

Thanks so much for your time and consideration.

Best,

Ashley Ingram

Please note, future correspondence should be also addressed to our new team members, including myself and Corey Meyer, as well as Helen White, Shikha Garg, and Aaron Wenzloff.