# EXHIBIT D

| | | |
|---|---|---|
| THE FEW, THE PROUD, THE FORGOTTEN, et al., <br>     Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF VETERANS AFFAIRS, <br>     Defendant. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | Case No. 3:16-cv-647(VAB) |

## CORRECTED DECLARATION OF CAROL E. FARER

I, Carol E. Farer, hereby declare as follows:

1. I am a FOIA Officer for Department of Veterans Affairs (VA), Veterans Health Administration (VHA), FOIA Office. The VHA FOIA Office is part of VHA Central Office, located at 810 Vermont Ave., NW, Washington, DC 20420. As a FOIA Officer, I am responsible for responding to FOIA requests that fall within the jurisdiction of VHA Central Office. I locate the requested information and/or data for VHA Program Office FOIA requests and provide the final response to leadership for concurrence. Once the final notification is concurred upon by leadership, I deliver the final notification to the requestor via email or postal service.

2. I make this declaration on personal knowledge and, where I do not have personal knowledge of the specifics facts declared, I make this declaration on information and belief in my capacity as the employee responsible for the responding to the FOIA request and relying on information provided from staff from other VHA components.

3. I make this declaration to supplement my declaration of July 28, 2017, with respect to the FOIA request that is the subject of the above-captioned litigation. Specifically, I make this declaration to provide additional information requested by counsel for the plaintiffs in response to that declaration, which information was requested by email on August 15, 2017. This declaration corrects paragraph 4 of my October 2017 declaration at the request of counsel for the plaintiffs and with respect to the custodians attributable to VHA.

4. In response to counsel's concerns regarding the search terms at issue, I have included and will continue to include the terms CLCW, SME, SME Program, Subject Matter Expert,

Lejeune, Camp Lejeune, Water, Guidance, Process, and Procedure. These search terms also result in hits for plurals (i.e., "SMEs") and will be used to conduct a search the emails of the custodians for whom VHA is responsible, including those named in the FOIA request and current and former Subject Matter Experts.

5. In response to counsel's request for clarification regarding the "broad search" for records conducted by VHA as referenced in paragraph six of my July 2017 declaration, I provide the following additional information. After the court's ruling on the motion for summary judgment, I reached out to every listed office to affirmatively inquire whether those offices had anything to do with Camp Lejeune or the SME Program. All except DMA replied in the negative.

6. In response to counsel's concerns regarding the description of the searches of DMA's files, I provide the following additional information. With respect to the emails of the DMA employees, those searches will take place in the context of the email searches using the keywords discussed above. To the extent that my July 2017 declaration implies that the email searches already have taken place, that implication is a mistake. With respect to the search of the DMA network resources (the "manual search"), the DMA employee responsible for management of the SME program looked at every file in DMA's Camp Lejeune network folder for responsiveness. A manual search was used as opposed to using search terms because searching the relevant network resource for the key words "Camp Lejeune" would produce every document in the folder, so DMA instead reviewed the documents one by one for responsiveness.

7. In response to counsel's concern regarding the claimed exemptions, review of those exemption claims has been referred to the agency's Office of General Counsel. That office will be producing a response to the plaintiffs' objections, which will be submitted to the plaintiffs by counsel to the defendant

8. In accordance with 28 U.S.C. § 1746, I hereby declare under the penalty of perjury that the foregoing statements are true and correct to the best of my knowledge, information, and belief, on this 30th day of November, 2017.

                                                      /s/
                                                  Carol E. Farer