# EXHIBIT 2

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| THE FEW, THE PROUD, THE FORGOTTEN; VIETNAM VETERANS OF AMERICA; and CONNECTICUT STATE COUNCIL OF VIETNAM VETERANS OF AMERICA, <br><br> *Plaintiffs*, <br> v. <br><br> UNITED STATES DEPARTMENT OF VETERANS AFFAIRS, <br><br> *Defendant*. | No. 3:16-cv-00647 (VAB) <br><br><br><br> July 1, 2019 |

## DECLARATION OF COREY MEYER, LAW STUDENT INTERN, IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, CIVIL CONTEMPT

I, Corey Meyer, in accordance with 28 U.S.C. § 1746 (2018), declare as follows:

I am a law student intern with the Veterans Legal Services Clinic of the Jerome N. Frank Legal Services Organization at Yale Law School, which represents The Few, the Proud, the Forgotten, Vietnam Veterans of America, and the Connecticut State Council of Vietnam Veterans of America in this matter.

On Monday, November 26, 2018, I spoke with Defendant's counsel, John Larson, over the phone. During that phone conversation, Defendant's counsel indicated VA would not remove the Exemption 6 redactions of SME names.

Dated:   July 1, 2019
         New Haven, CT

                                    Respectfully submitted,

                                    [signature]
                                    Corey Meyer, Law Student Intern
                                    Veterans Legal Services Clinic

                      Jerome N. Frank Legal Services Organization
                      P.O. Box 209090
                      New Haven, CT 06520-9090
                      Tel: (203) 432-4800
                      Fax: (203) 432-1426
                      Email: corey.meyer@ylsclinics.org